**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UEON BAK, | ) | NO. SA CV 14-1007-JVS(E) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO SHOW CAUSE |
| | ) | |
| PATRICK R. DONAHOE, Postmaster General, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff filed a complaint on July 1, 2014. It appears that proper service of the summons and complaint was not made upon any defendant within 120 days after the filing of the complaint. Therefore, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 41-1, IT IS ORDERED that, within thirty (30) days of the date of this Order, Plaintiff shall show cause, if there be any, why proper service was not made within the 120-day period and why this case should not be dismissed without prejudice for want of prosecution. Plaintiff shall attempt to show such cause by filing a declaration, signed under penalty of perjury. Failure to file timely

///

such a declaration may result in the dismissal of this action without prejudice.

DATED:    November 6, 2014.

```
               _____/S/_____
                        CHARLES F. EICK
                  UNITED STATES MAGISTRATE JUDGE
```