1

2

3

4

5

6

7

8                         **UNITED STATES DISTRICT COURT**

9                        **CENTRAL DISTRICT OF CALIFORNIA**

10

11   UEON BAK,                        ) NO. SA CV 14-1007-JVS (E)
                                      )
12             Plaintiff,             )
                                      )
13       v.                           ) ORDER ADOPTING FINDINGS,
                                      )
14   PATRICK R. DONAHOE,              ) CONCLUSIONS AND RECOMMENDATIONS
     Postmaster General, et al.,      )
15                                    ) OF UNITED STATES MAGISTRATE JUDGE
               Defendants.            )
16   _____)

17

18       Pursuant to 28 U.S.C. section 636, the Court has reviewed the

19   Petition, all of the records herein and the attached Report and

20   Recommendation of United States Magistrate Judge.  Further, the Court

21   has engaged in a <u>de novo</u> review of those portions of the Report and

22   Recommendation to which any objections have been made.  The Court

23   accepts and adopts the Magistrate Judge's Report and Recommendation.

24

25       IT IS ORDERED that Judgment be entered dismissing the Complaint

26   without leave to amend and dismissing the action with prejudice.

27   ///

28   ///

1     IT IS FURTHER ORDERED that the Clerk serve copies of this Order,

2  the Magistrate Judge's Report and Recommendation and the Judgment

3  herein on Plaintiff and counsel for Defendant.

4

5     LET JUDGMENT BE ENTERED ACCORDINGLY.

6

7        DATED: April 7, 2015.

8

9

10  _____

                      JAMES V. SELNA
11                UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28