**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UEON BAK, | ) NO. SA CV 14-1007-JVS (E) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| PATRICK R. DONAHOE, Postmaster General, et al., | ) |
| Defendants. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Complaint is dismissed without leave to amend and the action is dismissed with prejudice.

DATED: April 7, 2015.

_/s/ James V. Selna_
_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE